IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KIM GAGNON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANNAFORD BROS. CO., LLC,<br><br>Defendant. | Civil Action No. 17-394-DBH |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice and without fees and costs to either party.

Dated: July 2, 2018

*/s/ Fran R. Rudich*

Fran L. Rudich (*pro hac vice*)
Alexis Castillo (*pro hac vice*)
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
fran@klafterolsen.com
alexis.castillo@klafterolsen.com

Richard L. O'Meara
MURRAY PLUMB & MURRAY
75 Pearl Street
P.O. Box. 7985
Portland, ME 04104

*/s/ Ryan A. Glasgow*

Ryan A. Glasgow (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8791
Facsimile: (804) 788-8218
rglasgow@hunton.com

Katharine I. Rand
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101
Telephone: 207-791-1100
krand@pierceatwood.com

1

romeara@mpmlaw.com

C. Andrew Head (*pro hac vice*)
Bethany A. Hilbert (*pro hac vice*)
HEAD LAW FIRM, LLC
4422 N. Ravenswood Ave.
Chicago, IL 60640
Telephone:  (404) 924-4151
Facsimile:  (404) 796-7338
ahead@headlawfirm.com
bhilbert@headlawfirm.com

*Attorneys for Plaintiffs*

Neil K. Gilman (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, D.C.  20037-1701
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
ngilman@hunton.com

*Attorneys for Defendant*